HAROLD D. HARDEN 2588826
Name and Inmate Booking Number

CCDC Unit 3P Bed 41 ST.
Place of Confinement

330 Casino Center
Mailing Address

Las Vegas Nevada 89101
City, State, Zip Code



# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HAROLD D. HARDEN 2588826,
Plaintiff

vs.

(1) City MARSHALS Officer John Doe #1,
(2) City MARSHALS Officer John Doe #2,
(3) CITY MARSHLS Officer John Doe #3,
(4) CITY MARSHALS Officer John Doe #4,
(5) CLARK COUNTY DETENTION CENTER
Defendant(s).

Case No. 2:23-cv-01324-CDS-VCF
(To be supplied by Clerk of Court)

**CIVIL RIGHTS COMPLAINT BY AN INMATE**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

☑ Jury Trial Demanded

## A.   JURISDICTION

1) This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971)
   ☐ Other: _____

2) Institution/city where Plaintiff currently resides: CLARK COUNTY DETENTION CENTER

3) Institution/city where violation(s) occurred: CLARK COUNTY LAS VEGAS NEVADA

B. **DEFENDANTS**

1. Name of first Defendant: City MARSHALS Officer John Doe #1. The first Defendant is employed as: Las Vegas Nevada City Marshals (Position of Title) at City of Las Vegas / N/A (Institution).

2. Name of second Defendant: City Marshals Officer John Doe #2. The second Defendant is employed as: Las Vegas Nevada City Marshals (Position of Title) at City of Las Vegas / N/A (Institution).

3. Name of third Defendant: City Marshals Officer John Doe #3. The third Defendant is employed as: Las Vegas Nevada City MARSHALS (Position of Title) at City of Las Vegas / N/A (Institution).

4. Name of fourth Defendant: City Marshals Officer John Doe #4. The fourth Defendant is employed as: Las Vegas City Marshals (Position of Title) at City of Las Vegas / N/A (Institution).

5. Name of fifth Defendant: CLARK County Detention Center. The fifth Defendant is employed as: Clark County Detention Center Booking C/O's (Position of Title) at Clark County Detention Center (Institution).

If you name more than five Defendants, answer the questions listed above for each additional Defendant on a separate page.

C. **NATURE OF THE CASE**

Briefly state the background of your case.

Without any probable cause or warrant for arrest the City Marshals Officer's John Doe #1, John Doe #2, John Doe #3 & John Doe #4 did stop and place Plaintiff HAROLD HARDEN under arrest while he was walking along McKnight Street. They've transported him to CLARK COUNTY DETENTION CENTER and or booking area/reception. Plaintiff has been housed/held in custody since 08/08/2023. This is a violation and or deprivation to the 1st, 4th, 14th due process and proceedural and substansive due process. It's also an 8th amendment violation re: Conditions", Retalitory Conduct and H.I.P.A. Also racial profiling, duress stress, defrimation of character, & criminal profiling

2

## D.   CAUSE(S) OF ACTION

## CLAIM 1

1. State the constitutional or other federal civil right that was violated: 1st 4th, 14th, 8th, 9th, 11th intrastate commerece, loss of wage's illegal/excessive confinement or jailing

2. **Claim 1.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   - ☑ Basic necessities
   - ☐ Medical care
   - ☑ Mail
   - ☑ Disciplinary proceedings
   - ☐ Exercise of religion
   - ☑ Property
   - ☑ Access to the court
   - ☑ Excessive force by officer
   - ☑ Retaliation
   - ☑ Threat to safety
   - ☑ Other: interstate commerece, loss of wage's

3. **Date(s)** or date range of when the violation occurred: 08/03/2023 e.g.

4. **Supporting Facts:** State as briefly as possible the FACTS supporting Claim 1. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

City Marshals Officer John Doe #1 did get out of his SUV/vehical without notice/warning, without a arrest warrent he arrested Plaintiff HAROLD HARDEN stating he was sure that HAROLD HARDEN was the right guy per his "investigation" evidence's. He didn't meranda writ. City Marshals Officer John Doe #2 and City Marshals Officer John Doe #3 did physicaly hold plaintiff infront of the SUV/Vehical and removed property from plaintiffs sweat pants pockets that the plaintiff was wearing that day. John Doe #4 of the City Marshals then placed plaintiff in the SUV/Vehicals rear passenger seat behind the front passenger's seat. It was too difficult to seatbelt plaintiff so City Marshals Officer John Doe #1 & Officer John Doe #4 did escort plaintiff too City Marshals Officer John Doe #1 SUV/Vehical where was seat beelted onto the rear passengers seat behind the front passenger seat. He was then transported to Clark county detention Center and or booking area/reception where the plaintiff was made to undergoe the booking/reception process into CCDC temporary custody and is now remanded into custody. Where they used excessive force by S/O John Doe #1 on 08/03/23 he taken to suicide watch, stiped of cloths & made to stay in filthy room & did not feed him diner and lunch lunch.

3

## CLAIM 2

1. State the constitutional or other federal civil right that was violated: 1st 4th, 14, procedural & Substansive also, 8th, 9th, 11th loss of wages libel

2. **Claim 2.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   - ☑ Basic necessities
   - ☐ Medical care
   - ☑ Mail
   - ☑ Disciplinary proceedings
   - ☐ Exercise of religion
   - ☑ Property
   - ☑ Access to the court
   - ☑ Excessive force by officer
   - ☑ Retaliation
   - ☑ Threat to safety
   - ☑ Other: quasi immunity, interstate commerce

3. Date(s) or date range of when when the violation occurred: 08/03/2023 e.g.

4. **Supporting Facts:** State as briefly as possible the FACTS supporting Claim 2. Describe exactly what each specific defendant (by name) did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

   when Officer John Doe #1 of the City Marshals arrested on sight at McKnight Street plaintiff HAROLD HARDEN. He didnt meranda writt/ merandarise plaintiff. causing him to be searched and his property on his person and within his sweat pants pockets are a violationing of his 1st Amendment Rights. A further violationing of Plaintiffs 4th Amendment, illegal search and siezure and 14th Amendment due process rights furthermore make 14th amendment (a) proceedural & (b) Substansive due process rights violationing. Plaintiff has not been allowed to apear in court on (2) two occasions as retalitory conduct. Furthermore that the CCDC. continues to withhold plaintiffs personal property & property/person CCDC is by proxy depriving the constitutional amendment rights of and secured by & or to Plantiff HAROLD HARDEN 2588826 as a U.S. Citizen

## CLAIM 3

1. State the constitutional or other federal civil right that was violated: 1st, 4th, 14th also procedural & Substansive, 8th, 9th, 11th libel, interstat commerece, racial profiling

2. **Claim 3.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☑ Basic necessities  ☐ Medical care  ☑ Mail

   ☑ Disciplinary proceedings  ☐ Exercise of religion  ☑ Property

   ☑ Access to the court  ☑ Excessive force by officer  ☑ Retaliation

   ☑ Threat to safety  ☑ Other: racial profiling, criminal profiling

3. Date(s) or date range of when the violation occurred: 08/03/2023 e.g.

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 3. Describe exactly what each specific defendant (by name) did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

   Because of the unlawful stop and arrest by The City Marshals John doe #1, John Doe #2, John Doe #3 & John Doe #4. The C.C.D.C. (e.g) throughout starting date 08/03/23 continuously now is by proxy unlawfully and imposing excessive bail or ar confinement. They continue to withhold Plaintiff's property of 08/03/23 arrest and person HAROLD HARDEN 2588826 furthering the 8th amendment deprivation of Conditions and access to the criminal court's as retalilory conduct

**If you assert more than three claims, answer the questions listed above for each additional claim on a separate page.**

### E. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while incarcerated?    ☑ Yes    ☐ No

2. Has this Court or any other court designated you as subject to "three strikes" under 28 U.S.C. § 1915(g)?    ☐ Yes    ☑ No

3. If you have "three strikes" under 28 U.S.C. § 1915(g), does this complaint demonstrate that you are "under imminent danger of serious physical injury?"    ☐ Yes    ☑ No

### F. REQUEST FOR RELIEF

I believe I am entitled to the following relief: Temporary Restraining Order; Granted. Injunctive relief, compensentory damages, puenitive, nominal and monetary damages also mediationing hearings. So that we may have a chance to settle/settlement these violations of 1st, 4th, 14th, 8th, 11th retaliatory conduct and excessive foce claims

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** *See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

HAROLD D HARDEN 2588826
(name of person who prepared or helped prepare this complaint if not the plaintiff)

Harold D Harden 2588826
(signature of plaintiff)

August 23, 2023
(date)

### ADDITIONAL PAGES

You must answer all questions concisely in the proper space on the form. Your complaint may not be more than 30 pages long. It is not necessary to attach exhibits or affidavits to the complaint or any amended complaint. Rather, the complaint or any amended complaint must sufficiently state the facts and claims without reference to exhibits or affidavits. If you need to file a complaint that is more than 30 pages long, you must file a motion seeking permission to exceed the page limit and explain the reasons that support the need to exceed 30 pages in length.

