UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Harold D. Harden, | Case No. 2:23-cv-01324-CDS-MDC |
| Plaintiff | **Order** |
| v. | |
| City Marshals, et al., | |
| Defendants | |

This is a civil rights action brought by pro se plaintiff Harold D. Harden. On January 22, 2024, a clerk's notice advising him of the reassignment of his case to a new magistrate judge was returned undeliverable. *See* ECF No. 8. The notice was sent to Harden's last known address at the Clark County Detention Center (CCDC). *Id.* A review of the CCDC inmate database shows Harden is no longer housed at that facility. Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1. Accordingly,

IT IS HEREBY ORDERED that Harden has until **February 28, 2024** to update his address with the Clerk of Court. If Harden fails to comply with this order, this case will be subject to dismissal without prejudice.

DATED: January 29, 2024

_____
Cristina D. Silva
United States District Judge