UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Harold D. Harden, | Case No. 2:23-cv-01324-CDS-MDC |
| Plaintiff | **Order** |
| v. | |
| City Marshals, et al., | |
| Defendants | |

The court's mail to plaintiff Harold Harden has been returned as undeliverable, so I recently ordered Harden to file his updated address by February 28, 2024. ECF No. 9. It appears from Harden's filings that he might be housed at Lake's Crossing Center. *See* ECF No. 6 at 2.

It is therefore ordered that the Clerk of the Court will send plaintiff Harden a one-time courtesy copy of my January 29, 2024, order (ECF No. 9) by mailing the same to Harold D. Harden at: Lakes Crossing Center, 500 Galletti Way, Sparks, NV 89431.

DATED:  January 30, 2024

_____
Cristina D. Silva
United States District Judge